## CONE MILLS CORP. v. ALLSTATE INS. CO.

No. 311PA94

Case below: 114 N.C.App. 684

Petition by defendant for discretionary review pursuant to G.S 7A-31 allowed 8 September 1994; the case to be consolidated for briefing and argument with 355PA94 by order of the Court in conference.

## CONE MILLS CORP. v. ALLSTATE INS. CO.

No. 355PA94

Case below: 115 N.C.App. 173

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 8 September 1994; the case to be consolidated for briefing and argument with 311PA94 by order of the Court in conference.

## CROSSMAN v. MOORE

No. 327PA94

Case below: 115 N.C.App. 372

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 8 September 1994.

## DAVIS v. PUBLIC SCHOOLS OF ROBESON COUNTY

No. 272P94

Case below: 115 N.C.App. 98

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## DEVEREUX PROPERTIES, INC. v. BBM&W, INC.

No. 283P94

Case below: 114 N.C.App. 621

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.